No. 90–523.  NICOLLE-WAGNER ET AL. *v.* COUNTY OF HAWAII. Sup. Ct. Haw.  Certiorari denied.

No. 90–527.  BROWER'S MOVING & STORAGE, INC. *v.* BENSON ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 90–531.  WOODS *v.* ROSENBERG, JUDGE, UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 90–532.  BANKS *v.* STERLING MERCHANDISE, INC., ET AL. C. A. 7th Cir.  Certiorari denied.

No. 90–534.  WALLER *v.* PROVIDENT LIFE & ACCIDENT INSURANCE CO.  C. A. 4th Cir.  Certiorari denied.

No. 90–536.  GARD ET AL. *v.* WISCONSIN STATE ELECTIONS BOARD ET AL.  Sup. Ct. Wis.  Certiorari denied.

No. 90–541.  RUPERT *v.* GRAVLEE ET AL.  C. A. 11th Cir. Certiorari denied.

No. 90–542.  AMERICAN MEDICAL ASSN. *v.* WILK ET AL. C. A. 7th Cir.  Certiorari denied.

No. 90–544.  LOUISIANA PATIENT'S COMPENSATION FUND *v.* STUKA ET UX.  Sup. Ct. La.  Certiorari denied.

No. 90–545.  AZIZ *v.* CTA.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 90–554.  THOMAS *v.* GARRETT CORP.  C. A. 9th Cir. Certiorari denied.

No. 90–556.  DALEY ET AL. *v.* CITY OF HARTFORD.  Sup. Ct. Conn.  Certiorari denied.

No. 90–561.  TOUPAL *v.* TOUPAL.  Ct. App. N. M.  Certiorari denied.